Robert R. Pohls (California Bar #131021)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorney for Plaintiff **State Farm Life Insurance Company**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>KIMBERLY CUSSON; KAREN TELLO REEPEN; SILVANA SIMON; and JON CALVIN McFARLANE,<br><br>            Defendants. | Case No. CV-09-0531-MHP<br><br>**STIPULATION AND ORDER RE ENTRY OF JUDGMENT IN INTERPLEADER** |

IT IS HEREBY STIPULATED, by and among plaintiff State Farm Life Insurance Company ("State Farm"), defendant Kimberley Cusson ("Cusson"), defendant Karen Tello-Reepen ("Tello-Reepen"), defendant Silvana Simons ("Simons") and defendant Jon Calvin McFarlane ("McFarlane"), that:

  1.  State Farm properly filed its Complaint in Interpleader herein, and this is a proper cause for interpleader;

  2.  By reason of the death of Angela B. Cusson (the "Decedent") on or about October 20, 2008, the sum of $100,000.00 (the "Insurance Proceeds") became payable under State Farm's life insurance policy number LF-1025-3168 (the "Policy");

///

3.  Cusson, Tello-Reepen, Simons and McFarlane each claim all or some portion of the Insurance Proceeds that are payable under the Policy, and no other person or entity makes a claim to those Insurance Proceeds;

4.  Having deposited the sum of $101,404.77 representing the Insurance Proceeds plus interest with the Clerk of this Court in February 2009, State Farm and its agents be released, discharged and acquitted of and from any liability of any kind or nature whatsoever under the Policy;

5.  State Farm be awarded the sum of $5,000.00 for its reasonable attorneys' fees and costs incurred in connection with this action, and the Clerk of this Court pay such amount, from and out of the funds deposited herein, by check made payable to "State Farm Life Insurance Company" and delivered to State Farm's attorneys of record;

6.  Cusson be awarded one-fourth of the remaining Insurance Proceeds, and the Clerk of this Court pay such amount plus one-fourth of any interest earned on the Insurance Proceeds, from and out of the funds deposited herein, by check made payable to "Kimberley Cusson" and delivered to her by first class mail to 2555 41st Avenue, San Francisco, CA 94116;

7.  Tello-Reepen be awarded one-fourth of the remaining Insurance Proceeds, and the Clerk of this Court pay such amount plus one-fourth of any interest earned on the Insurance Proceeds, from and out of the funds deposited herein, by check made payable to "Karen Tello-Reepen" and delivered to her by first class mail to 163 Stillings Avenue, San Francisco, CA 94131;

8.  Simons be awarded one-fourth of the remaining Insurance Proceeds, and the Clerk of this Court pay such amount plus one-fourth of any interest earned on the Insurance Proceeds, from and out of the funds deposited herein, by check made payable to "Silvana Simons" and delivered to her by first class mail to 632 Grand Avenue, Apt. A, South San Francisco, CA 94080;

///

Case 3:09-cv-00531-MHP   Document 8   Filed 04/07/09   Page 3 of 5

9. McFarlane be awarded one-fourth of the remaining Insurance Proceeds, and the Clerk of this Court pay such amount plus one-fourth of any interest earned on the Insurance Proceeds, from and out of the funds deposited herein, by check made payable to "Jon Calvin McFarlane" and delivered to him by first class mail to 428 Alice Street # 529, Oakland, CA 94607;

10. This stipulation may be executed in any number of counterparts, each of which may be an original, but all of which shall constitute one and the same instrument; and

11. Upon the execution of this stipulation, the Court may enter a Stipulated Judgment in Interpleader in the form attached hereto and marked as Exhibit A.

POHLS & ASSOCIATES

DATED: March 30, 2009        By: _____
                                  Robert R. Pohls
                                  Attorneys for Plaintiff
                                  **State Farm Life Insurance Company**

DATED: March 27, 2009        By: _____
                                  Defendant **Kimberley Cusson**, In Pro Per

DATED: _____, 2009    By: _____
                                  Defendant **Karen Tello-Reepen**, In Pro Per

DATED: _____, 2009    By: _____
                                  Defendant **Silvana Simons**, In Pro Per

///

STIPULATION AND ORDER RE ENTRY
OF JUDGMENT IN INTERPLEADER
Case No. CV-09-0531-MHP                                              Page 3

9. McFarlane be awarded one-fourth of the remaining Insurance Proceeds, and the Clerk of this Court pay such amount plus one-fourth of any interest earned on the Insurance Proceeds, from and out of the funds deposited herein, by check made payable to "Jon Calvin McFarlane" and delivered to him by first class mail to 428 Alice Street # 529, Oakland, CA 94607;

10. This stipulation may be executed in any number of counterparts, each of which may be an original, but all of which shall constitute one and the same instrument; and

11. Upon the execution of this stipulation, the Court may enter a Stipulated Judgment in Interpleader in the form attached hereto and marked as Exhibit A.

POHLS & ASSOCIATES

DATED: _____, 2009     By: _____
                                      Robert R. Pohls
                                      Attorneys for Plaintiff
                                      State Farm Life Insurance Company

DATED: _____, 2009     By: _____
                                      Defendant **Kimberley Cusson**, In Pro Per

DATED: 3/27, 2009                By: /s/ Karen Tello-Reepen
                                      Defendant **Karen Tello-Reepen**, In Pro Per

DATED: 3-27, 2009                By: /s/ Silvana Simons
                                      Defendant **Silvana Simons**, In Pro Per

///

STIPULATION AND ORDER RE ENTRY
OF JUDGMENT IN INTERPLEADER
Case No. CV-09-0531-MHP

Page 3

DATED: March 27, 2009

By: _____
Defendant Jon Calvin McFarlane, In Pro Per

IT IS SO ORDERED.

ORDER

DATED: 4/6/09, 2009

_____
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA